UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT NOLAN BOWERS,<br><br>            Plaintiff,<br><br>   v.<br><br>ABERDEEN POLICE DEP'T,<br><br>            Defendant. | CASE NO. 3:21-cv-05303-MJP-JRC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court **adopts** the report and recommendation.

(2) This case is **dismissed without prejudice** for failure to serve process on defendant.

(3) The Clerk is directed to **close** this case and **send** copies of this order to plaintiff, counsel for defendants, and to the Hon. J. Richard Creatura.

**DATED** this 9th day of Oct/2021.

Marsha J. Pechman
United States Senior District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1